February 10, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

BRAZOS PRESBYTERIAN HOMES, INC. D/B/A THE HALLMARK, Appellant

NO. 14-14-00478-CV                      V.

AUGUST SCHUMACHER LANDER, AS INDEPENDENT EXECUTOR OF THE ESTATE OF BETTY S. LANDER, DECEASED, Appellee

_____

This cause, an appeal from the order in favor of appellee, AUGUST SCHUMACHER LANDER, AS INDEPENDENT EXECUTOR OF THE ESTATE OF BETTY S. LANDER, DECEASED, signed May 30, 2014, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with this court's opinion, including to (1) dismiss appellee's claims with prejudice, (2) conduct further proceedings to determine the amount of reasonable attorney's fees that should be awarded to appellant, BRAZOS PRESBYTERIAN HOMES, INC. D/B/A THE HALLMARK, and (3) award appellant reasonable attorney's fees and court costs incurred by appellant.

We further order that all costs incurred by reason of this appeal be paid by appellee.

We further order this decision certified below for observance.